IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane, Jr.

Civil Action No. **92-K-1470**

**GREGORY BRADLEY**,
**WILLIE GUYTON,**
**WOODY HARRISON,**
**RANDY KAILEY,**
**THOMAS HOWELL,**
**WALDO MACKEY,** and
**DAVE SLUSHER,**

      Plaintiffs,

v.

**ROY ROMER, et al.,**

      Defendants.

## ORDER
re Docs. 368, 369 filed by former Plaintiff Bernard Horne aka Ernest Brim

Kane, J.

The documents – a cover letter (Doc. 368) and filing entitled "Emergency Declaratory Judgment, Temporary Restraining Order, Injunctive Relief Permanent/Temporary Orders" (Doc. 369) – filed January 26, 2010 by former plaintiff Bernard Horne in this case, are STRICKEN and the implied requests for relief set forth therein DENIED.  Mr. Horne (aka Ernest Brim) was dismissed as a party to this action in 1997 and his appeal to the Tenth Circuit dismissed.  The case itself, which was filed by Plaintiffs individually and was never a class action, was dismissed pursuant to those Plaintiffs' 1997 Stipulation and Settlement and has long been closed.  There is no pending

case in which to move for relief and no ongoing jurisdiction of this Court to afford it. Even if there were, Mr. Horne lacks standing to pursue any such relief. Mr. Horne's remedy, if any, must be sought in a new action.

The clerk of the court shall mail a copy of this Order Mr. Horne along with two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner's Civil Rights Complaint. The Court will accept no further filings in Civil Action No. 92-cv-1470.

Dated January 27, 2010

<u>**s/John L. Kane**</u>
SENIOR U.S. DISTRICT COURT